IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

ALHASSAN SURADJI,                              *

    Petitioner,             *

v.                                                Case No. 4:26-CV-616-CDL-AGH

            *

WARDEN, STEWART DETENTION
CENTER,                                        *

    Respondent.             *

_____

## J U D G M E N T

Pursuant to this Court's Order dated July 23, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Petitioner shall recover nothing of Respondent.

This 23rd day of July, 2026.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk